UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-cv-00786-RBD-DCI

HOWARD COHAN,

    Plaintiff,

vs.

MELLOW3 INC.,
a Florida Profit Corporation,
d/b/a MELLOW MUSHROOM,

    Defendant(s).

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, MELLOW3 INC., a Florida Profit Corporation, d/b/a MELLOW MUSHROOM, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against MELLOW3 INC., a Florida Profit Corporation, d/b/a MELLOW MUSHROOM; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED July 11, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com

By: **/s/ Jason W. Bruce**
**PURSIANO LAW LLP**
*Jason W. Bruce, Esq.* (FBN 62181)
*Robert L. Simon, Esq.* (FBN 92721)
*Andrew J. Celauro, Esq.* (FBN 91358)
*Billy J. Brown, Esq.* (FBN 050405)
655 W Morse Boulevard, Suite 112
Winter Park, FL 32789
Telephone: 407.636.7700

1

Email: alexa@sconzolawoffice.com      Facsimile: 407.636.7701
Attorney for Plaintiff                               jbruce@pursiano.com
                                                              rsimon@pursiano.com
                                                              acelauro@pursiano.com
                                                              bbrown@pursiano.com
                                                              lmatthews@pursiano.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

  **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**